UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case Nos.   3:11-cv-1064-J-20JRK
                 3:10-cr-81-J-20JRK

JAMES TRAVIS ALLEN

_____/

## ORDER

**THIS CAUSE** is before this Court on Defendant's Motion Under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Dkt. 40, Case No. 3:10-cr-81-J-20JRK, Dkt. 1, Case No. 3:11-cv-1064-J-20JRK), and Defendant's memorandum in support (Dkt. 41).

On March 25, 2010, Defendant was charged in a single count Indictment with attempting to possess with intent to distribute 50 grams or more of cocaine, in violation 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B). (Dkt. 1, Case No. 3:10-cr-81-J-20JRK). On July 20, 2010, Defendant entered a plea of guilty to Count One of the Indictment, pursuant to a written plea agreement. (Dkt. 24, Case No. 3:10-cr-81-J-20JRK). On November 23, 2010, Defendant was sentenced to 60 months' imprisonment (Dkt. 35, Case No. 3:10-cr-81-J-20JRK).

On October 28, 2011, Defendant filed the instant motion pursuant to 28 U.S.C. § 2255. All of Defendant's claims for relief are premised upon allegations that this Court erred throughout the course of the proceedings against him. Such claims should have been raised on direct appeal, and Defendant cannot raise them for the first time in the instant motion. *See Richards v. United States*, 837 F.2d 965, 966 (11th Cir. 1988); *McCoy v. United States*, 266 F.3d 1245, 1258 (11th Cir. 2001).

The sole exception to this is on page six of his motion in which he alleges "ineffective

assistance of counsel," however, Defendant makes no more mention of such claim(s) in either the rest of his motion (Dkt. 40) or his memorandum in support (Dkt. 41). Accordingly, this Court need not address this isolated conclusory statement.

Accordingly, it is **ORDERED**:

1. Defendant's Motion Under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Dkt. 40, Case No. 3:10-cr-81-J-20JRK, Dkt. 1, Case No. 3:11-cv-1064-J-20JRK) is **DENIED**; and

2. The Clerk is directed to close Case Nos. 3:10-cr-81-J-20JRK and Case No. 3:11-cv-1064-J-20JRK.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of November, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
James Travis Allen, *pro se*